# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/03/2025 12:10 EDT



**CASE NUMBER**
LU05C225LU0001

**CASE OPENED**
8/26/2025

**CURRENT CASE TITLE**
Assault on Federal Officer - TORRES-CARMONA

**REPORT TITLE**
Synopsis of Events Based on Interviews and Statements

**REPORTED BY**
Braden Moore
SPECIAL AGENT

**APPROVED BY**
Ronald Crawford
SPECIAL AGENT

**DATE APPROVED**
9/3/2025

### SYNOPSIS

On August 26, 2025, Homeland Security Investigations (HSI) Special Agents (SA) Madeline Fitzmorris and Braden Moore from the Louisville, Kentucky HSI office responded to reports of an assault on an Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deportation Officer (DO) at a United States Citizenship and Immigration Services (USCIS) office in Louisville, Kentucky. Subject Laryen TORRES-CARMONA began to become violent after DOs informed him that he was under arrest. TORRES-CARMONA shoved officers and resisted arrest until DOs and USCIS personnel were able to successfully place him in handcuffs and transport him to the ICE/ERO office located in Louisville, Kentucky.

This report describes findings from several interviews and statements taken regarding Laryen TORRES-CARMONA actions of assault on federal officers and resistance to arrest.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

## DETAILS OF INVESTIGATION

On August 26, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Madeline Fitzmorris and SA Braden Moore interviewed several individuals who were present at an incident of assault on a federal officer. The following individuals were interviewed:

- Cristian Rodriguez (Deportation Officer [DO])
- Annie Bell (Deportation Officer)
- Seneca Woods (Deportation Officer)
- Rachel Thakur (USCIS Immigration Officer [IO])
- Michael Zervas (USCIS Field Office Director [FOD])
- Jeffrey Remer (USCIS Supervisory Immigration Officer [SIO])

Based on interviews and statements from those listed above, who were involved with this incident, SA Fitzmorris and SA Moore determined the following timeline of events to be the most complete synopsis of what occurred:

The following events occurred at the United States Citizenship and Immigration Services (USCIS) office located at 411 South 4th Street, Suite 200, Louisville, KY 40202. USCIS determined that the subject of this investigation, Laryen TORRES-CARMONA, was amenable to be referred for an administrative arrest based on his lack of immigration status in the United States (see ROI LU05C225LU0001-001 for a more complete synopsis of TORRES-CARMONA's immigration history and determination). Due to this determination, USCIS referred TORRES-CARMONA to Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and worked with ERO to ensure a safe custodial stop.

On August 26, 2025, at approximately 9:55 A.M., USCIS SIO Jeffrey Remer escorted an individual identified by USCIS as Laryen TORRES-CARMONA from an interview with USCIS, through the lobby of the USCIS Louisville office, to a secured area on the north side of the lobby, where ICE/ERO Deportation Officers were waiting. Upon entering the secured area, SIO Remer and TORRES-CARMONA met with DO Annie Bell, DO Cristian Rodriguez, DO Seneca Woods, and IO Rachel Thakur.

DO Annie Bell initiated verbal contact with TORRES-CARMONA, introducing herself and DO Rodriguez as immigration officers. DO Bell told TORRES-CARMONA they were there to take him into custody and that they had a warrant for his arrest. TORRES-CARMONA gave verbal and physical indicators that he might resist arrest, telling the Deportation Officers in Spanish, something like "you cannot." Physically, TORRES-CARMONA took a step towards the door and made movements such as glancing towards the exit and shifting his position that led officers to believe that he intended to flee.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



DO Cristian Rodriguez made physical contact with TORRES-CARMONA, likely on his lower right arm, in an attempt to place TORRES-CARMONA under arrest. TORRES-CARMONA responded by shoving DO Rodriguez, as well as nearby DO Seneca Woods, in an attempt to create space for himself to run towards the door.

DO Rodriguez and DO Woods were able to body pin TORRES-CARMONA against a wall, where TORRES-CARMONA continued to struggle against the officers physically. Unable to gain control of the subject, DO Rodriguez and DO Woods lowered TORRES-CARMONA to the floor. During the process of going to the floor, DO Rodriguez came into contact with a metal cart hard enough to dislodge a wheel from the cart.

DO Rodriguez and DO Woods pinned TORRES-CARMONA to the floor with their knees and used leverage to retrieve TORRES-CARMONA's arms from under his body where he was attempting to hide them and prevent the officers from getting them. Throughout this process, TORRES-CARMONA ignored verbal commands to stop resisting. IO Rachel Thakur pinned TORRES-CARMONA's legs to the floor, and somewhat later, FOD Zervas pinned the top of the subject's leg. DO Rodriguez and DO Woods together were able to gain control of TORRES-CARMONA's arms and place handcuffs on him. The events from first verbal contact to successful handcuffing likely lasted no more than five minutes.

Once officers had successfully applied handcuffs to TORRES-CARMONA, they escorted him from the building to a nearby transport vehicle. TORRES-CARMONA continued to show signs of resistance by pulling away from the officers and pulling at his handcuffs. The officers transported TORRES-CARMONA to the ICE/ERO facility located at 654 South 7th Street, Louisville, KY 40203.

ERO continued with the booking process for TORRES-CARMONA without incident. DO Rodriguez and DO Woods suffered no injuries. Neither the ICE/ERO officers nor the HSI Special Agents seized any property from TORRES-CARMONA. Any personal property that TORRES-CARMONA had in his possession at the time of arrest was packaged and transported along with TORRES-CARMONA between the processing facility and the detention center. As of September 3, 2025, TORRES-CARMONA has been held at Oldham County Detention Center located at 3405 KY-146, La Grange, KY 40031.

This investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.