# **JURY LIST**



FILED
JAMES J. VILT, JR. - CLERK
JAN 2 7 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Style of Case: USA v. Torres-Carmona

Case Number: 3:25-CR-132-RGJ
Rebecca Grady Jennings, District Judge

Date (s): January 27, 2026

Courtroom Deputy: *Andrea Morgan*    Court Reporter: *April Dowell*

Law Clerks: _____

**Proposed Jury Panel (Counsel please make your strikes below & give back to Courtroom Deputy)**

| #   | Juror     | #   | Juror     | #   | Juror     |
|-----|-----------|-----|-----------|-----|-----------|
| 1.  | (88)      | 16. | 158       | 31. | (144)     |
| 2.  | ~~330~~   | 17. | ~~26~~    | 32. | 134       |
| 3.  | ~~349~~   | 18. | ~~28~~ v9 | 33. |           |
| 4.  | ~~94~~    | 19. | (23)      | 34. |           |
| 5.  | (76)      | 20. | ~~3~~ v9  | 35. |           |
| 6.  | ~~104~~   | 21. | ~~9~~ v9  | 36. |           |
| 7.  | (75)      | 22. | (1)       | 37. |           |
| 8.  | (195)     | 23. | ~~86~~    | 38. |           |
| 9.  | (216)     | 24. | ~~39~~ v9 | 39. |           |
| 10. | ~~47~~ v9 | 25. | (45)      | 40. |           |
| 11. | (35)      | 26. | (136)     | 41. |           |

| | | | | |
|---|---|---|---|---|
| 12. | ㊲ | 27. | 139 - VS | 42. |
| 13. | 82 - VS | 28. | ⑭⓪ | 43. |
| 14. | ⑧④ | 29. | 157 | 44. |
| 15. | 164 | 30. | 143 | 45. |

**Excused & Stricken For Cause**

#179, 21, 132 / #2, #99 - removed from CR,

Jury Impaneled & Sworn on: 1/27/26 at - 5:48 pm

Jury Panel:
1) 88
2) 76
3) 75
4) 195
5) 216
6) 35
7) 37
8) 84
9) 23
10) 1
11) 45
12) 136
13) 140
14) 144
15) _____
16) _____
17) _____
18) _____
19) _____
20) _____

Alternates: _____   Foreperson: _____