UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
JAMES J. VILT, JR. - CLERK

JAN 30 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                              Plaintiff

v.                                                          Criminal Action No. 3:25-cr-132 – RGJ

LARYEN TORRES-CARMONA                                                Defendant

\* \* \* \* \*

## VERDICT FORM

**Count 1: Assaulting, Resisting, or Impeding Certain Officers or Employees**

Question 1. With respect to the charge in Count 1, **forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer, Officer Rodriguez, who was performing his official duties,** we, the jury, find the defendant, Laryen Torres-Carmona:

GUILTY _____                NOT GUILTY ✓

[Redacted]                                                          _195_
Foreperson                                                         Juror No.


Date: _2086-01-30_


Regardless of your selection, proceed to Question 2


1

**Count 2: Assaulting, Resisting, or Impeding Certain Officers or Employees**

Question 2. With respect to the charge in Count 2, **forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer, Officer Woods, who was performing his official duties**, we, the jury, find the defendant, Laryen Torres-Carmona:

GUILTY _____          NOT GUILTY ✓___

[Redacted]
Foreperson

Juror No. _195_

Date: _2026-01-30_

FILED
JAMES J. VILT, JR. - CLERK
JAN 30 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

2