UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                           Plaintiff

v.                                                                              Criminal Action No. 3:25CR-132-RGJ

LARYEN TORRES-CARMONA                                                                           Defendant

* * * * *

**<u>MEMORANDUM OF TRIAL AND ORDER OF ACQUITTAL</u>**

This case came before the Court for a jury trial on January 27, 2026 through January 30, 2026 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was April Dowell. Certified Court Interpreters were as follows: January 27, 2026- Roberto Hernandez; January 28, 2026- Javier Castillo and Matt Benton; January 29, 2026- Javier Castillo and Matt Benton; and January 30, 2025-Javier Castillo and Roberto Hernandez. The following counsel participated during the trial:

> For the United States: Joseph Ansari and Gordon Stock, Assistant United States Attorneys
>
> For the Defendant(s): Ashlea N. Hellmann and Kevin Glogower, Retained Counsel for Laryen Torres-Carmona, who was present in person and in custody.

The jury started deliberations on January 29, 2026 and sent a note to the Court to dismiss for the day and return on Friday, January 30, 2026. The jury reported back on January 30, 2026 and was sequestered during the lunch hour. The jury reported to the Court on January 30, 2026 at 2:10 p.m. that they had reach a verdict in this matter. The verdict form was at first non-conforming and the jury was sent back to the jury room. Upon the jury returning. a verdict of

1

**NOT GUILTY** to Counts 1 and 2 of the Indictment was returned against the defendant, Laryen Torres-Carmona.  Polling of the jury was done by the Court by agreement of the parties.

**IT IS ORDERED** the defendant having previously pled not guilty to Counts 1 and 2 of the Indictment and the jury now having found the defendant not guilty of those offenses in Counts 1 and 2, the Court hereby enters a judgment of acquittal as to the Indictment and the Indictment and the case is **DISMISSED as to this defendant.**

The Court was advised that the defendant has an Immigration detainer, and therefore,

**IT IS FURTHER ORDERED** that the defendant shall be **remanded** to the custody of the United States Marshal for release subject to any applicable detainers.

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:   Counsel of record
             Probation Office
             United States Marshal
             Jury Clerk

February 2, 2026

Court Time:  (Previously entered)

Court Reporter: April Dowell